IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. BOSSHARD, as GUARDIAN AD LITEM for DONNA VAIRO, et al., | No. C 12-03441 WHA |
| Plaintiffs, | |
| v. | **ORDER CONTINUING STAY** |
| TY KEITH EBRIGHT, et al., | |
| Defendants. | |

The Court has reviewed the parties' joint status report (Dkt. No. 22). For good cause shown and per the parties' request, the stay shall be continued until **OCTOBER 2, 2012**. A case management conference and hearing on defendant's motion to strike will be held on **OCTOBER 18, 2012, AT 8:00 A.M**.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE