United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. BOSSHARD, as Guardian Ad Litem for DONNA VAIRO, an individual, DONNA VAIRO, Trustee, RALPH AND DONNA VAIRO LIVING TRUST, a California Revocable Living Trust,<br><br>    Plaintiffs,<br><br>  v.<br><br>TY KEITH EBRIGHT, an individual, MONTEREY BAY RESOURCES, a form of business unknown, MONTEREY BAY RESOURCES, INC., a California corporation, MONTEREY BAY RESOURCES, LLC, a Nevada Limited Liability Company, PLM LENDER SERVICES, INC., a California Corporation, COMERICA BANK as DOE 1, a Michigan Corporation, and DOES 2 through 1,000, inclusive,<br><br>    Defendants.<br>                                                         / | No. C 12-03441 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges and thanks plaintiff for the notice of settlement but cautions that all deadlines remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE