**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY J. BOSSHARD, as Guardian Ad Litem for DONNA VAIRO, an individual, DONNA VAIRO, Trustee, RALPH AND DONNA VAIRO LIVING TRUST, a California Revocable Living Trust,

    Plaintiffs,

  v.

TY KEITH EBRIGHT, an individual, MONTEREY BAY RESOURCES, a form of business unknown, MONTEREY BAY RESOURCES, INC., a California corporation, MONTEREY BAY RESOURCES, LLC, a Nevada Limited Liability Company, PLM LENDER SERVICES, INC., a California Corporation, COMERICA BANK as DOE 1, a Michigan Corporation, and DOES 2 through 1,000, inclusive,

    Defendants.

No. C 12-03441 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for the notice of settlement but cautions that all deadlines remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE